AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

JOSE ARGETA-CANALES
aka Jose Canales
DOB:  2/02/1976
PDID: 496587

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about _____June 21, 2005_____ in ____Washington, D.C.____ county, in the _____ District of __Columbia__ defendant was found to be:

an alien who previously has been deported and removed from the United States and was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official

in violation of Title ___8___ United States Code, Section(s) ____1326(a)___.

I further state that I am ___Akil Baldwin,  Special Agent with the U.S. Immigration and Customs Enforcement___, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:          ☒ Yes          ☐ No

AUSA, Frederick Yette   (202) 353-1666
Sworn to before me and subscribed in my presence,

Signature of Complainant
Akil Baldwin, Special Agent
U.S. Immigration and Customs Enforcement

_____
Date

at      ____Washington, D.C.____
City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer