**AFFIDAVIT IN SUPPORT OF COMPLAINT**
**JOSE ARGETA-CANALES**
**AKA Jose Canales**
**DOB: 02/02/1976**

I, Akil Baldwin, being duly sworn, depose and state:

1. I am a Special Agent for the United States Immigration and Customs Enforcement ("ICE"), previously known as the Immigration and Naturalization Service ("INS"). I am currently assigned to the Investigative Division for the SAC/DC Office. As a part of my official duties, I investigate Administrative and Criminal violations of the Immigration and Nationality Act, and other related statutes.

2. This affidavit contains information in support of a criminal complaint and arrest warrant charging JOSE ARGETA-CANALES (hereinafter "ARGETA-CANALES"), aka Jose Canales, with being an alien, as defined under Title 8, United States Code, Section 1101(a)(3), who has been found in the United States after having been previously deported and without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security or his authorized delegate for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

3. The facts and information contained in this affidavit are based on personal knowledge, as well as observations of other agents and officers involved in this investigation. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by or

known to the government.

4.  Based on the information set forth below, I have reason to believe ARGETA-CANALES is an illegal alien in the United States. I have reviewed his alien registration file maintained by ICE, and it reveals that he is a native and citizen of El Salvador.

5.  On or about September 3, 1991, ARGETA-CANALES was arrested by Border Patrol Agents and put into Removal Proceedings. On December 10, 1991, an Immigration Judge entered an Order that ARGETA-CANALES be removed from the United States to El Salvador. This Order was not carried out immediately, and ARGETA-CANALES remained at liberty in the United States.  On June 14, 1999, ARGETA-CANALES was arrested by the Drug Enforcement Administration in Washington, D.C. for Distribution of Heroin in violation of the United States Code.  On September 20, 1999 ARGETA-CANALES was convicted of Attempted Possession with Intent to Distribute Heroin, in Case Number 1999-FEL-4102, and, on November 19, 1999, he was sentenced to three months incarceration.

6.  On August 16, 2004, ARGETA-CANALES received a "Warning to Alien Ordered Removed or Deported," which advised him in writing that after his removal he was prohibited from entering the United States at any time without the prior approval of the U.S. Attorney General.  On September 10, 2004, pursuant to the Order of Removal

issued in 1991, ARGETA-CANALES was removed from Atlanta, Georgia and returned to El Salvador.

7.   On or about February 1, 2006, law enforcement officers arrested ARGETA-CANALES in Washington, DC pursuant to an outstanding traffic warrant from the District of Columbia. ARGETA-CANALES also had an outstanding failure to appear warrant issued by a court in Montgomery County, Maryland.

8.   On or about June 21, 2006, ARGETA-CANALES was advised of his administrative rights and Miranda warnings; ARGETA-CANALES waived his rights and provided a sworn statement. In that statement, ARGETA-CANALES stated that he re-entered the United States illegally. Secondly, ARGETA-CANALES admitted that he had been deported from the United States. Lastly, ARGETA-CANALES stated that he re-entered the United States without having applied for permission from the Attorney General, or the Secretary of Homeland Security or his authorized delegate.

9.   Your affiant has reviewed the documents contained in ARGETA-CANALES' file, maintained by ICE, and that file indicates that ARGETA-CANALES has not obtained the Attorney General's permission to reenter the country following his removal on September 10, 2004.

10.  Based on the foregoing, I respectfully submit that there is probable cause to believe that ARGETA-CANALES is an alien who has been found in the United States, after having been deported, and without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security or his authorized delegate for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Akil Baldwin
Special Agent, ICE

Subscribed and sworn to before me this _____ day of July, 2006

_____
United States Magistrate Judge