AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

JOSE ARGETA-CANALES, aka
Jose Canales

DOB:
PDID:

**FILED**

JUL 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 06 - 314 - M - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOSE ARGETA-CANALES__
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

being an alien who previously has been deported and removed from the United States, and was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States

in violation of Title __8__ United States Code, Section(s) __§ 1326(a)__.

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Title of Issuing Officer     District of Columbia

JUL 10 2006
Date and Location

Bail fixed at $ __HWOB__    by __[signature]__
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 7/10/06 | NAME AND TITLE OF ~~ARRESTING~~ Reporting OFFICER  Reporting  Fitzgerald, Derrick  DUSM | SIGNATURE OF ~~ARRESTING~~ Reporting OFFICER  [signature] David Zintl |
|---|---|---|
| DATE OF ARREST 7/12/06 | | |