U.S. Department of Justice
*United States Attorneys*

**FILED**

JUL 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# for the District of Columbia

**UNITED STATES OF AMERICA**

v.          Case No. __06-314 M__

Jose Avgeta Canales   **ORDER**

Upon oral motion of the _____parties_____ to exclude ___21___ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court (~~sets forth in writing~~) or (orally sets forth) its reasons in the record at this time, and it is hereby

ORDERED, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that ___21___ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

_____Jose Canales_____
Defendant

_____[signature]_____
Defense Counsel

_____Angela S. George_____
Attorney for Government

executed on 7/25/06

proposed CSH  8/15/06  1:45

_____[signature]_____
~~(United States Judge)~~
(United States Magistrate)

USA-D9 (Oct. 76)